UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA

v.

CASE NO. 8:23-cr-252-CEH-TGW
21 U.S.C. § 841(a)(1)

RYAN NEAL DUNN

**INDICTMENT**

The Grand Jury charges:

**COUNT ONE**
(Distribution of methamphetamine)

On or about April 18, 2023, in the Middle District of Florida, and elsewhere, the defendant,

RYAN NEAL DUNN,

did knowingly and intentionally distribute a controlled substance, which violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

**COUNT TWO**
(Distribution of methamphetamine)

On or about June 7, 2023, in the Middle District of Florida, and elsewhere, the defendant,

RYAN NEAL DUNN,

did knowingly and intentionally distribute a controlled substance, which violation involved 50 grams or more of a mixture and substance containing a detectable amount of methamphetamine, a Schedule II controlled substance.

In violation of 21 U.S.C. § 841(a)(1) and 841(b)(1)(B).

## FORFEITURE

1. The allegations contained in Counts One and Two are incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of 21 U.S.C. § 853.

2. Upon conviction of a violation of 21 U.S.C. § 841(a)(1), the defendant shall forfeit to the United States, pursuant to 21 U.S.C. §§ 853(a)(1) and (2), any property constituting, or derived from, any proceeds the defendant obtained, directly or indirectly, as a result of such violation, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

3. If any of the property described above, as a result of any acts or omissions of the defendant:

    a. cannot be located upon the exercise of due diligence;

    b. has been transferred or sold to, or deposited with, a third party;

    c. has been placed beyond the jurisdiction of the Court;

    d. has been substantially diminished in value; or

    e. has been commingled with other property, which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

A TRUE BILL,

_____
Foreperson

ROGER B. HANDBERG
United States Attorney

By: _____
Samantha E. Beckman
Assistant United States Attorney

By: _____
James C. Preston, Jr.
Assistant United States Attorney
Chief, Violent Crimes and Narcotics Section

UNITED STATES DISTRICT COURT
Middle District of Florida
Tampa Division

THE UNITED STATES OF AMERICA

vs.

SHANANDORE SCOTT-SILVER

INDICTMENT

Violations:  21 U.S.C. §§ 846 and 841(b)(1)(A)
21 U.S.C. § 841(a)(1) and 841(b)(1)(B)

A true bill,

███████████████████████

Foreperson

Filed in open court this 27th day

of July, 2023.

_____
Clerk

Bail $_____

GPO 863 525